# EXHIBIT A

(To St. Meer Complaint)

# SALES CONTRACT

| CONTRACT DATE | 25th July, 2013 |
|---|---|
| BUYER | QINGDA ST MEER INTERNATIONAL INDUSTRY AND TRADE CO.LTD,No.2 European Road, Qingdao west – Coast Export Processing Zone, Qingdao, China |
| SELLER | Fresho Investment CO.Ltd, P.O.Box 50 Shinyanga,Tanzania.Fax 028-2762080,Contact:Mr.Fresho mobile 0754/0713 - 339723 |
| PRODUCT | Tanzanian Ginned Raw Cotton – Saw Ginned Type 1/11 crop 2013/2014 |
| QUANTITY | 2000 BALES |
| QUALITY | Type gany and better staple 1.1 to 1.3/32 micronaire 3.5/4.9 N.C.L Strength 27 GPT Min. |
| PRICE | 83US SCENTS/NETT LB |
| PACKING | All bales to be packed in a grey cotton cloth |
| SHIPMENT SCHEDULE | August/September |
| DELIVERY TERMS | Price Inclusive Tpt (Delivered to Dar es salaam) |
| PAYMENT TERMS | Payment will be made to your designated bank as agreed on delivery of your bales CRDB Bank Undertaking letter. Weight Note of bales – to bale and Invoices. |
| ARBITRATION | All rules must be followed during the signing of this contract. ICA and Liverpool rules |
| BUYER WARRANTY | Buyer must guarantee to pay the total contracted quantity in full any short supplies will be subject to penalty of the value of quality short supplied. |

QINGDAO ST MEER INTERNATIONAL
INDUSTRY AND TRADE CO.LTD

Fresho Investment Co.Ltd
SHINYANGA

16

# EXHIBIT B

(To St. Meer Complaint)

# TAX INVOICE

**FRESHO INVESTMENT CO.LTD**
P.O.BOX 50,
SHINYANGA
TANZANIA
TIN NO:-101-758-982
VRN NO: - 27 - 012120 - Y
TEL: +255 028 2762061/2762166
FAX: +255 028 2762080
E-mail: ginnery@freshotz.com
SHINYANGA - TANZANIA

INVOICE NO.000064/2013  DATE: 08.08.2013

TO : BUYER

QINGDA ST.MEER INTERNATIONAL INDUSTRY AND TRADE CO.LTD
No.2 European Road, Qingdan west - Coast Export Processing
Zone, Qingdao
CHINA

**FRESHO GINNERY - IBADAKULI AREA**

| QTY | UNIT | DESCRIPTION | | | | | UNIT PRICE I/B | TOTAL USD $ |
|---|---|---|---|---|---|---|---|---|
| 205,909 | 1000 | TANZANIA RAW COTTON SAW GINNED TYPE II GINNED 2013/2014 AS PER CONTRACT: CONTRACT - 25TH JULY,2013 1000 BALES SAW GINNED | | | | | | |
| | | W/Note | Lot No. | Bales | Gross | Tare | Net Weight | |
| | | 1 | L.13/ 1901 ABC | 300 | 62356 | 480 | 61876 | |
| | | 2 | L.13/ 1902 ABC | 300 | 62067 | 480 | 61587 | |
| | | 3 | L.13/ 1903 ABC | 300 | 62009 | 480 | 61529 | |
| | | 4 | L.13/ 1904 A | 100 | 21077 | 160 | 20917 | |
| | | **TOTAL** | | 1000 | | | 205,909 | 0.83 | $376,779 |

PLEASE PAY TO: **M/S.QUEST BUSINESS SYSTEMS INC**
A/C NO. ▓▓▓▓
SWIFT NUMBER. CHASUS33 WITH JPMORGAN CHASE BANK, N.A
BRANCH. 3100 BALFOUR ROAD BRENTWOOD CA 94513 USA.
ABA ROUTING NUMBER. 322271627

*TOTAL SUM OF: US $ THREE HUNDRED SEVENTY SIX THOUSAND SEVEN HUNDRED SEVENTY NINE ONLY*
( US $ 376,779 )

SELLERS SIGNATURE: .................
**FREDDY SHOO**
*DIRECTOR*

18

# EXHIBIT C

(To St. Meer Complaint)

# TAX INVOICE

**FRESHO INVESTMENT CO.LTD**
P.O.BOX 50,
SHINYANGA
TANZANIA
TIN NO:-101-758-982
VRN NO: - 27 - 012120 - Y
TEL: +255 028 2762061/2762166
FAX: +255 028 2762080
E-mail: ginnery@freshotz.com
SHINYANGA - TANZANIA

**INVOICE NO.000066/2013**                                              DATE: 17.08.2013

TO    BUYER

**QINGDA ST.MEER INTERNATIONAL INDUSTRY AND TRADE CO.LTD**
No.2 European Road, Qingdan west - Coast Export Processing Zone, Qingdao
**CHINA**

**FRESHO GINNERY - IBADAKULI AREA**

| QTY | UNIT | DESCRIPTION | UNIT PRICE I/B | TOTAL USD $ |
|---|---|---|---|---|
| 204,783 | 1000 | TANZANIA RAW COTTON SAW GINNED TYPE II GINNED 2013/2014 AS PER CONTRACT: CONTRACT - 25TH JULY,2013 1000 BALES SAW GINNED | | |

| W/Note | Lot No. | Bales | Gross | Tare | Net Weight |
|---|---|---|---|---|---|
| 1 | L.13/ 1906 C | 50 | 10506 | 80 | 10426 |
| 2 | L.13/ 1907 ABC | 300 | 61415 | 480 | 60935 |
| 3 | L.13/ 1908 ABC | 300 | 62769 | 480 | 62289 |
| 4 | L.13/ 1909 ABC | 300 | 61460 | 480 | 60980 |
| 5 | L.13/ 1910 A | 50 | 10233 | 80 | 10153 |
| | TOTAL | 1000 | | 204,783 | 0.83 | $374,719 |

PLEASE PAY TO: **M/S. QUEST BUSINESS SYSTEMS INC.**
A/C NO:
SWIFT NUMBER. CHASUS33 WITH JP MORGAN CHASE BANK, N.A
BRANCH. 3100 BALFOUR ROAD BRENTWOOD CA 94513 USA.
ABA ROUTING NUMBER. 322271627

*TOTAL SUM OF: US $ THREE HUNDRED SEVENTY FOUR THOUSAND SEVEN HUNDRED NINETEEN ONLY*
**( US $ 374,719 )**

SELLERS SIGNATURE: ...........................
**FREDDY SHOO**
*DIRECTOR*

20

# EXHIBIT D

(To St. Meer Complaint)



# FRESHO INVESTMENT CO.LTD
Dealers in: Oil Milling, Ginnery, Building Materials & Transportation

| Head Office: | Branch Office: | Branch Office: |
|---|---|---|
| P.O Box 50 | P.O.Box 810 | P.O.Box 11815 |
| TEL: 28-2762166/2762798 | TEL: 27-2753503 | TEL: 22-2772597 |
| DIR: 28-2762061 MOB: 0713-339723 | FAX: 27-2753505 | DAR ES SALAAM |
| FAX: 28-2762080 RES: 2762203 | MOSHI | TANZANIA |
| E-mail: ginnery@freshotz.com | TANZANIA | |
| SHINYANGA – TANZANIA | | |

REF.NO/FRE/SHY/1160                                    26TH AUGUST, 2013

NO.2 EUROPEAN ROAD, QINGDAO WEST-COAST
EXPORT PROCESSING ZONE, QINGDAO, CHINA
QINGDAO ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD
CONTACT PERSON: SAM
TEL: 0086-15063078723
FAX: +86, 532, 83157188

Dear Sir/Madam,

### LETTER OF GUARANTEE OF USA BANK BENEFICIARY

We, **Fresho Investment Co.Ltd** as the holding company, hereby make the following guarantee and declaration:

That, **Quest Business Systems Inc** is the Offshore Export Proceeds USD account of Fresho Investment Co.Ltd.

That Quest Business Systems Inc. is used mainly to service the foreign currency exchange transaction requirements of Fresho Investment Co.Ltd, in which substantial US dollar amount is involved.

That, Quest Business Systems Inc is sorely used to receive and process US dollar payments on our behalf in which substantial high value dollar amount in involved without risk of currency restriction.

Fresho Investment Co.Ltd, therefore make full guarantee on the use of Quest Business Systems Inc, as the bank beneficiary for the proceeds of sales transaction with **QINGDAO ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD.**

Thank you in co-operation.

Yours in Business

*[signature and stamp: Fresho Investment Co. Ltd]*

Freddy Shoo
Managing Director- Fresho Investment Co. Ltd

22

# EXHIBIT E

(To St. Meer Complaint)


# FRESHO INVESTMENT CO.LTD
Dealers in: Oil Milling, Ginnery, Building Materials & Transportation

| Head Office: | Branch Office: | Branch Office: |
|---|---|---|
| P.O Box 50 | P.O.Box 810 | P.O.Box 11815 |
| TEL.: 28- 2762166/2762798 | TEL: 27-2753503 | TEL: 22-2772597 |
| DIR: 28-2762061 MOB: 0713-339723 | FAX: 27-2753505 | DAR ES SALAAM |
| FAX: 28-2762080 RES: 2762203 | MOSHI | TANZANIA |
| E-mail: ginnery@freshotz.com | TANZANIA | |
| SHINYANGA – TANZANIA | | |

REF.NO: 05A500R1303160                        26TH AUGUST, 2013

HUA XIA BANK
NO 5, HUA YIN BUILDING, DONG HAI WEST ROAD,
SHI NAN DISTRICT, QINGDAO, CHINA

To Whom It May Concern,

### LETTER OF GUARANTEE OF USA BANK BENEFICIARY

We, **Fresho Investment Co.Ltd** as the holding company, hereby make the following guarantee and declaration:

That, **Quest Business Systems Inc** is the Offshore Export Proceeds USD account of Fresho Investment Co.Ltd.

That Quest Business Systems Inc. is used mainly to service the foreign currency exchange transaction requirements of Fresho Investment Co.Ltd, in which substantial US dollar amount is involved.

That, Quest Business Systems Inc is sorely used to receive and process US dollar payments on our behalf in which substantial high value dollar amount in involved without risk of currency restriction.

Fresho Investment Co.Ltd, therefore make full guarantee on the use of Quest Business Systems Inc, as the bank beneficiary for the proceeds of sales transaction with **QINGDAO ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD.**

Thank you in co-operation.

Yours in Business

[signature and stamp: Fresho Investment Co. Ltd]

Freddy Shoo
Managing Director- Fresho Investment Co. Ltd