BROWN WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile:  213.613.0550

Attorneys for Plaintiff
ST. MEER INTERNATIONAL INDUSTRY
AND TRADE CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> QUEST BUSINESS SYSTEMS, INC., THOMPSON A. ELLIOT, JR., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.:CV13-4985-MEJ <br><br> AMENDED <br> [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO EXTEND CASE MANAGEMENT AND ADR DEADLINES <br><br> *[Stipulated Request to Extend Case Management and ADR Deadlines Concurrently Filed Herewith]* |

IT IS HEREBY ORDERED that the Stipulated Request to Extend Case management and ADR Deadlines is GRANTED.

The Case Management Conference is continued to March ~~14~~ 13, 2014.

The last day to Meet and Confer Re: Initial Disclosures, Early Settlement, ADR Process Selection, And Discovery Plan, File ADR Certification, File Either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is February 21, 2014.

The last day to file Rule 26(f) Report, complete Initial Disclosures or state objection in Rule 26(f) Report, and file the Case Management Statement is March 7, 2014.

DATED: January 9  , 2014

_____
HON. MARIA-ELENA JAMES

---

1
STIPULATED REQUEST TO EXTEND CASE MANAGEMENT AND ADR DEADLINES