BROWN WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550

Attorneys for Plaintiff
ST. MEER INTERNATIONAL INDUSTRY
AND TRADE CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> QUEST BUSINESS SYSTEMS, INC., THOMPSON A. ELLIOTT, JR., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.:CV13-4985-MEJ <br><br> **PLAINTIFF ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD.'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT THE MARCH 13, 2014 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Hearing Date: March 13, 2014 <br> Time: 10:00 a.m. <br> Courtroom: B <br><br> Complaint Filed: October 25, 2013 |

TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that pursuant to Northern District of California Local Rule 16-10, Plaintiff St. Meer International Industry and Trade Co., Ltd. respectfully requests that the Court allow Plaintiff's counsel, Kenneth P. White, to appear telephonically at the upcoming Case Management Conference on March 13, 2014.  Plaintiff's counsel can be reached directly at (213) 613-9446.

DATED: March 5, 2014               Respectfully submitted,

                                   BROWN WHITE & NEWHOUSE LLP

                                   By     s/ Kenneth P. White
                                          KENNETH P. WHITE
                                          Attorneys for Plaintiff
                                          ST. MEER INTERNATIONAL
                                          INDUSTRY AND TRADE CO., LTD.

   IT IS HEREBY ORDERED that Plaintiff St. Meer International Industry and Trade Co., Ltd.'s Request to Appear Telephonically at the Case Management Conference on March 13, 2014 is **GRANTED**.

DATED: March  6th, 2014

                                   _____
                                   HON. MARIA-ELENA JAMES

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 South Hope Street, 40th Floor, Los Angeles, California 90071.

On March 5, 2014, I served the following document(s) described as: **PLAINTIFF'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT THE MARCH 13, 2014 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**Mr. Thompson A. Elliott, Jr.**
Quest Business Systems, Inc.
P.O. Box 715
Brentwood, CA 94513
help@questbizsystems.com
sales@questbizsystems.com

☒ **BY MAIL:** I deposited such envelope in the mail at 333 South Hope Street, 40th Floor, Los Angeles, California 90071. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 213/613-0550. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY ELECTRONIC MAIL:** On the above-mentioned date, from Los Angeles, California, I caused each such document to be transmitted electronically to the party(ies) at the e-mail address(es) indicated below. To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 5, 2014, at Los Angeles, California.

s/ Liz Treckler
Liz Treckler