UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> QUEST BUSINESS SYSTEMS, INC., et al., <br><br> Defendants. | Case No.  13-cv-04985-MEJ <br><br> **ORDER GRANTING DEFENDANT'S REQUEST TO FILE ELECTRONICALLY** |

Before the Court is the request of pro se Defendant Thompson A. Elliot, Jr. to file documents electronically through the e-filing system.  Good cause appearing, Defendant's request is hereby GRANTED, on condition that Defendant first register as an Electronic Case Filing User on the Court's website. Specifically, Defendant must follow the registration procedure set forth at https://ecf.cand.uscourts.gov/cand/newreg/index.html.  Once Defendant completes the registration procedure and receives an e-filing password from the ECF Help Desk, Defendant shall electronically file a notice stating that the e-filing password has been received.  If such notice is filed, Defendant may thereafter file documents electronically, and Plaintiff(s) shall be relieved of their duty to serve Defendant with paper copies of each electronically-filed document.

**IT IS SO ORDERED.**

Dated: April 25, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge