UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> QUEST BUSINESS SYSTEMS, INC., et al., <br><br> Defendants. | Case No. 13-cv-04985-MEJ <br><br> **ORDER CONTINUING CMC AND GRANTING PARTIES' REQUEST FOR LIMITED DISCOVERY** |

The Court is in receipt of Plaintiff St. Meer International Industry and Trade Co. and Defendant Thompson A. Elliott, Jr.'s Joint Case Management Statement, filed August 4, 2014. Dkt. No. 19.  Upon review of the parties' statement, the Court ORDERS as follows:

1) The Case Management Conference and all related deadlines are continued to February 12, 2015;

2) The parties may conduct limited discovery as discussed in their statement, including Mr. Elliott's deposition and discovery from third parties to ascertain the identities of the Doe Defendants; and

3) If Plaintiff and Mr. Elliott determine it would be beneficial to utilize formal settlement methods as between them prior to the February CMC, they may file a stipulation for referral to ADR.

Plaintiff shall serve this Order upon Defendants.

**IT IS SO ORDERED.**

Dated: August 4, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge