BROWN WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550

Attorneys for Plaintiff
ST. MEER INTERNATIONAL INDUSTRY
AND TRADE CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MEER INTERNATIONAL INDUSTRY AND TRADE CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> QUEST BUSINESS SYSTEMS, INC., THOMPSON A. ELLIOT, JR., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.:CV13-4985-MEJ <br><br> **STIPULATION TO DISMISS** <br><br> *[Proposed Order Filed Concurrently Herewith]* |

Plaintiff St. Meer International Industry and Trade Co. ("Plaintiff") and Defendant Thompson A. Elliot, Jr. ("Defendant") (collectively "the Parties") by and through their attorneys of record and/or through representation in pro per hereby stipulate to dismiss this case with prejudice.

Codefendant Quest Business Systems, Inc. is not represented by counsel, but Plaintiff has agreed to dismiss it with prejudice as well, and Defendant has no objection.

It is further stipulated that the parties to this action agree to waive costs and attorneys' fees as against each other with respect to this action.

IT IS SO STIPULATED.

DATED: February 4, 2015

BROWN WHITE & NEWHOUSE LLP

By _____
KENNETH P. WHITE
Attorney for Plaintiff
ST. MEER INTERNATIONAL
INDUSTRY AND TRADE CO., LTD.

DATED: February 4, 2014

By _____
THOMPSON A. ELLIOT, JR.
Defendant, in Pro Per

2
STIPULATION TO DISMISS