1  BROWN WHITE & NEWHOUSE LLP
   KENNETH P. WHITE (Bar No. 173993)
2  kwhite@brownwhitelaw.com
   333 South Hope Street, 40th Floor
3  Los Angeles, California 90071-1406
   Telephone:  213. 613.0500
4  Facsimile:   213.613.0550

5  Attorneys for Plaintiff
   ST. MEER INTERNATIONAL INDUSTRY
6  AND TRADE CO., LTD.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 ST. MEER INTERNATIONAL              Case No.:CV13-4985-MEJ
   INDUSTRY AND TRADE CO., LTD,

12          Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                       STIPULATION TO DISMISS**
13 v.

14 QUEST BUSINESS SYSTEMS, INC.,       [*Stipulation to Dismiss Concurrently
   THOMPSON A. ELLIOT, JR., and DOES   Filed Herewith*]
15 1 through 10, inclusive,

16          Defendants.

17

18

19         Based on the parties' Stipulation to Dismiss, and for good cause shown, IT IS

20 HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its

21 own costs.

22

23 DATED: February        , 2015

24                                  _____
                                    HON. MARIA-ELENA JAMES
25

26

27

28